IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Howard Hewitt aka William H Hewitt aka Bill Hewitt<br>　　　　　　　　　　　Debtor(s)<br><br>THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1<br>　　　　　　　　　　　Movant<br>vs.<br><br>William Howard Hewitt aka William H Hewitt aka Bill Hewitt<br>　　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　　Trustee | BK NO. 21-00133 MJC<br><br>Chapter 13<br><br>Related to Claim No. 2-1 |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 10, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
William Howard Hewitt aka William H Hewitt aka Bill Hewitt
244 Upper Ridge Drive
Effort, PA 18330

<u>Attorney for Debtor</u>
Patrick James Best
ARM Lawyers
18 North 8th Street (VIA ECF)
Stroudsburg, PA 18360

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first-class mail.

Dated: <u>January 10, 2023</u>

**<u>/s/Michael P. Farrington Esq.</u>**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com